**Chad BASS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60879.**

Missouri Court of Appeals, Western District.

Dec. 10, 2002.

Susan Lynn Hogan, Assistant Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Chad P. Bass appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15 without an evidentiary hearing. We affirm. Rule 84.16(b).